**Order entered July 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00171-CR

**LUIS TERRAZA DURAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82853-2011**

## ORDER

By letter dated June 23, 2015, the Court notified the trial court that the record does not contain a certification of appellant's right to appeal. We asked the trial court to file, within ten days, a certification that accurately reflects the proceedings. To date, we have not received the certification of appellant's right to appeal. The trial court is required to prepare a certification of the right to appeal in every case in which the defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the trial court to prepare a certification of appellant's right to appeal that accurately reflects the trial court proceedings and to file the certification with this Court within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ray Wheless, Presiding Judge, 366th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
          JUSTICE